UNITED STATE BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ZOE DIVITO : CASE NO. 25-13749

Debtor : CHAPTER 13

## **ORDER**

AND NOW, this 17th day of October, 2025, in consideration of the Debtor's second application to extend the time to file missing required documents, IT IS ORDERED that the Debtor shall file all missing required documents on or before October 31, 2025 .

BY THE COURT:

_____

J.